IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE: GERARDO & LAURA A. BECERRA,           )
                                          )
U.S. Bank, N.A., its successors and       )
or assigns,                               )
                    Creditor,             )
         vs.                              )   CASE NO. 09B28078
                                          )   JUDGE BRUCE W. BLACK
GERARDO & LAURA A. BECERRA,               )
                    Debtor(s),            )
                                          )

## ORDER MODIFYING STAY

   This cause coming to be heard on the Motion of U.S. Bank, N.A., its successors and or assigns, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

   IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to U.S. Bank, N.A., its successors and or assigns and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 7006 Creekside Drive Unit 94, Plainfield, IL.

   Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED: __25 SEP 2009__        ENTERED BY: _____
                                          Bankruptcy Judge BRUCE W. BLACK

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 09-5208